```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           JUN 2 7 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-32-MMD-(GWF) |
| HERIBERTO MORAN, aka<br>LUIS ANGEL RIVERA, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 27, 2012, defendant HERIBERTO MORAN, aka LUIS ANGEL RIVERA, pled guilty to a Two-Count Superseding Criminal Indictment charging him in Counts One and Two with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant HERIBERTO MORAN, aka LUIS ANGEL RIVERA, agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Criminal Indictment and in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offenses to which defendant HERIBERTO MORAN, aka LUIS ANGEL RIVERA, pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
3  Sections 853(n)(7):
4     a.  an AA Arms Model AP-9 9 millimeter pistol bearing serial number 033720;
5         and
6     b.  any and all ammunition("property").
7  This Court finds the United States of America is now entitled to, and should, reduce the
8  aforementioned property to the possession of the United States of America.
9  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
10 the United States of America should seize the aforementioned property.
11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
12 of HERIBERTO MORAN, aka LUIS ANGEL RIVERA, in the aforementioned property is
13 forfeited and is vested in the United States of America and shall be safely held by the United
14 States of America until further order of the Court.
15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
16 America shall publish for at least thirty (30) consecutive days on the official internet government
17 forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
18 property, state the time under the applicable statute when a petition contesting the forfeiture must
19 be filed, and state the name and contact information for the government attorney to be served
20 with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,
21 Section 853(n)(2).
22 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
23 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
25 any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
26 the following address at the time of filing:

1 | Michael A. Humphreys
Assistant United States Attorney
2 | Daniel D. Hollingsworth
Assistant United States Attorney
3 | Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
4 | Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 27 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE