NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00032-MMD-GWF |
| Plaintiff, | ORDER to Continue Defendant Moran's Preliminary Revocation Hearing (Second Request) |
| vs. | |
| HERIBERTO MORAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, CHRISTOPHER LIN, Assistant United States Attorney, representing the United States of America, and LANCE HENDRON, Esq., counsel for defendant MORAN:

THAT THE PRELIMINARY REVOCATION HEARING currently scheduled for August 25, 2020, be continued for not less than 60 days when convenient for the Court. This Stipulation is entered into for the following reasons:

1. The parties agree to this continuance;

2. Defendant is facing additional federal charges and has been arraigned on the new Indictment;

3. Counsel for defendant needs additional time review discovery, to meet and confer with defendant, and to discuss hearing strategies in this case;

4. Defendant is in custody and does not oppose this stipulation;

5. The parties agree there are no case specific facts as to this matter where further delay would cause serious harm to the interests of justice. The parties agree that a continuance of the Preliminary Revocation Hearing of Supervised Release is appropriate; and

6. This is the second request for continuance.

DATED this 19th day of August, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney


*/s/ Lance Hendron*
LANCE HENDRON, ESQ.
Counsel for Defendant SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00032-MMD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| HERIBERTO MORAN, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant MORAN's Preliminary Revocation Hearing currently set for August 25, 2020, to November 10, 2020, at 2:00 p.m. Courtroom 3A.

DATED this 21st day of August, 2020.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE